```
____ FILED      ✓ LODGED
____ RECEIVED      COPY

        DEC 2 8 2005

CLERK              COURT
   DISTRICT    ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) <br> ) <br> Plaintiff(s)/Petitioner(s), ) <br> ) <br> vs. ) <br> ) <br> Elias Zapien, ) <br> ) <br> ____Defendant(s)/Respondent(s)____ ) | CASE NO.   CR 05-01144-003-PHX-SMM <br><br> ORDER FOR ADMISSION OF <br> ATTORNEY PRO HAC VICE |

     Based upon the motion of   N. C. Deday LaRene   for admission to practice pro hac vice in this action on behalf of   Elias Zapien,   and in accordance with LRCiv 83.1(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

[X]   the motion of attorney for admission to practice pro hac vice is granted.

[ ]   the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this   29   day of   December   , 2005.

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~
JUDGE

(Rev. 3/03)